UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Bradley Haag, | No. 2:24-cv-05111-SB-E |
| Plaintiff, | JUDGMENT |
| v. | |
| Jeff Macomber et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the U.S. Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

This is a final judgment.

Date: January 2, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge